**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| BRYAN DRYDEN, | Case No. 3:25-CV-00059-MMD-CLB |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO MOVE CASE FORWARD** |
| v. | [ECF No. 28] |
| HEATHER BACCA-COOK, *et al.*, | |
| Defendants. | |

Pending before the Court is Plaintiff Bryan Dryden's ("Dryden") motion to move the case forward. (ECF No. 28.) Upon inspection, Dryden's "motion" does not appear to be a motion at all. Dryden does not identify a legal issue, does not identify the relief he seeks, nor provide any legal analysis. Rather, Dryden discusses how he was christened as "the leader of leaders" by the "Founding Father of the Original Federation Hells Angels Filthy Few." (*Id.* at 2.) Dryden does not cite any legal authority or make any request for any specific relief from the Court. Rather, Dryden cites verses from the Books of the Bible Exodus, Phillipians, Ephesians, Matthew, and Luke. (*Id.* at 4-5.) Given these deficiencies, it is unclear what, if anything, Dryden is requesting the Court to do and therefore Dryden's motion is **DENIED**. This case is in the early stages of discovery, (*see* ECF No. 27), and Dryden is advised to review the scheduling order if he has questions about the timeline for this litigation.

**IT IS SO ORDERED**.

**DATED**: _June 30, 2026_____.

_____
**UNITED STATES MAGISTRATE JUDGE**