**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

BRYAN DRYDEN,

Plaintiff,

v.

HEATHER BACCA-COOK, *et al.*,

Defendants.

Case No. 3:25-CV-00059-MMD-CLB

**ORDER DENYING PLAINTIFF'S MOTION FOR ORDER DIRECTING DEFENDANTS TO CONTINUE MEDIATION NEGOTIATIONS**

[ECF No. 30]

Currently pending before the Court is Plaintiff Bryan Dryden's ("Dryden") motion for an order directing Defendants to continue mediation negotiations. (ECF No. 30.) Dryden claims he has invited Defendants to continue mediation negotiations via his prison tablet on several occasions to no avail. (*Id.*) Dryden therefore seeks a Court order requiring Defendants to engage with him. (*Id.*) The Court declines to issue such an order. First, Dryden's motion is procedurally improper because it does not contain a points and authorities which, under Local Rule 7-2(d), "constitutes a consent to the denial of the motion."[1]

Second, Dryden offers no reason as to why court-ordered mediation would be helpful in this case. The parties participated in a mediation conference less than three months ago and were unable to reach a settlement. (*See* ECF No. 21.) There is no reason to believe an additional mediation session would result in a settlement at this time. The parties remain free to engage in settlement negotiations on their own, but the Court will not require such negotiations at this time.

---

[1]   This is not the first procedurally improper motion Dryden has filed. The Court has been patient with Dryden thus far given his *pro se*, inmate status. However, the Court's patience has limits, and Dryden's *pro se* status does not relieve him of his obligation to follow the rules of procedure. *See King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987) ("Pro se litigants must follow the same rules of procedure that govern other litigants."), *overruled on other grounds by Lacey v. Maricopa Cnty.*, 693 F.3d 896 (9th Cir. 2012). If Dryden continues to file procedurally improper motions he may be subject to sanctions up to and including dismissal of his case.

Accordingly, Dryden's motion for continued negotiations, (ECF No. 30), is **DENIED**.

**IT IS SO ORDERED**.

**DATED**: July 7, 2026       .

_____
**UNITED STATES MAGISTRATE JUDGE**