**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| BRYAN DRYDEN,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER BACCA-COOK, *et al.*,<br><br>Defendants. | Case No. 3:25-CV-00059-MMD-CLB<br><br>**ORDER DENYING MOTIONS TO COMPEL**<br><br>[ECF Nos. 64, 65] |

Before the Court is Plaintiff Bryan Dryden's motions for an order compelling discovery. (ECF Nos. 64, 65.) However, these motions is not related to any refusal by Defendants to provide discovery. Rather, in the motions, Plaintiff complains that the "NDOC Director of Accounting" is alleging blocking access to an extension of copy work previously granted by the Court and claims that the NDOC has improperly calculated the amounts available to him in copy work. However, these motions are improper and are not related to discovery. Moreover, it is outside of the Court's purview to audit or calculate the copy work limit available to an inmate in any given case, particularly where, as here, the inmate has various cases pending before various courts. If Plaintiff believes that the NDOC has improperly calculated his copy work limits, he must file a grievance and work to address these issues internally with the NDOC. However, Plaintiff is cautioned that these are not issues to be addressed via a motion to compel discovery or for requests for sanctions in the future. For these reasons, Plaintiff's motions, (ECF Nos. 64, 65), are **DENIED.**

**IT IS SO ORDERED**.

**DATED**: October 15, 2026.

UNITED STATES MAGISTRATE JUDGE